UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


Michael D. Beamis,
        Plaintiff

v.                                      C.A. No. 08-472S

Buffalo Pumps, Inc., et al.
        Defendant


### ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on January 26, 2009 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1).  No objection having been filed, Plaintiff's Motion to Remand is DENIED.


By Order,

_Wendy Deile_
Deputy Clerk

ENTER:

_WSmith_
William E. Smith
United States District Judge

Date: 2/20/09